## Antoinette Savaiano, Appellee, v. The 12th Street Store, Appellant.

Gen. No. 43,409.

opinion filed January 8, 1947; released for publication January 28, 1947. Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; Coghlan & Coghlan, for appellee; M. J. Coghlan and John P. Coghlan, of counsel. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**